IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01631-PSF
(Consolidated with 04-cv-02104)

OLGA MONDRAGON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER VACATING ORAL ARGUMENT HEARING

THIS MATTER is before the Court *sua sponte*. The oral argument hearing scheduled for July 7, 2005 at 8:30 a.m. is VACATED. Any rescheduling of the hearing will be cleared with counsel.

DATED:  June 30, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa
                                              _____
                                              Phillip S. Figa
                                              United States District Judge